1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: kdove@swlaw.com

5  Kiah Beverly-Graham, Esq.
   Nevada Bar No. 11916
6  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
7  Reno, NV 89501
   Telephone: (775) 785-5440
8  Facsimile: (775) 785-5441
   Email: kbeverly@swlaw.com
9
   *Attorneys for Defendant Adir International, LLC dba*
10 *Curacao*

11              **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13
   AURELIANO CISNEROS, an individual;          Case No. 2:19-cv-02014-KJD-NJK
14
                       Plaintiff;
15
   v.                                          **STIPULATION AND ORDER TO
16                                              EXTEND DEADLINE TO RESPOND
   ADIR INTERNATIONAL, LLC dba                  TO COMPLAINT TO FEBRUARY 3,
17 CURACAO, a foreign limited-liability         2020**
   company; EQUIFAX INFORMATION
18 SERVICES, LLC, a foreign limited-liability   **(FIRST REQUEST)**
   company;
19
                       Defendants.
20

21      Pursuant to LR 7-1, Plaintiff Aureliano Cisnersos and Defendant Adir International, LLC

22 dba Curacao ("Curacao" and together with Plaintiff the "Parties"), by and through their respective

23 undersigned counsel of record, submit this Stipulation and Proposed Order.

24      Plaintiff filed a complaint (the "Complaint") in this Court on November 20, 2019;

25      Curacao was served with the Complaint on December 11, 2019;

26      Curacao's deadline to respond to the Complaint is currently January 2, 2020; and

27      This is the Parties' first request for an extension of time to respond to the Complaint and is

28 not intended to cause any delay or prejudice to any party. The reason for the extension is to give

Curacao time to evaluate and respond to the allegations set forth in the Complaint.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the time for Curacao to respond to the Complaint in this action is extended to and through February 3, 2020.

Dated: December 19, 2019.

LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
 Kevin L. Hernandez (NV Bar 12594)
 8872 S. Eastern Avenue, Suite 270
 Las Vegas, Nevada 89123
 *Attorney for Plaintiff*

Dated: December 19, 2019.

SNELL & WILMER L.L.P.

By:*/s/ Kiah D. Beverly-Graham*
 Kelly H. Dove (NV Bar 10569)
 Kiah D. Beverly-Graham (NV Bar 11916)
 3883 Howard Hughes Pkwy, Suite 1100
 Las Vegas, Nevada 89169
 *Attorneys for Defendant Adir International, LLC dba Curacao*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 20, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 19, 2019.

                                          */s/ Lara J. Taylor*
                                          An Employee of Snell & Wilmer L.L.P.